**RIES ENTERPRISES, INC.,**
**Petitioner–Appellant**

v.

**COMMISSIONER OF INTERNAL**
**REVENUE, Respondent–**
**Appellee.**

**No. 14–2094.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 24, 2014.

Filed: Dec. 31, 2014.

Paul F. Christoffers, Mesa, AZ, for Petitioner–Appellant.

Gilbert Steven Rothenberg, Deputy, Assistant Attorney General, Patrick J. Urda, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

1. The Honorable Diane L. Kroupa, United States Tax Court Judge.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Ries Enterprises, Inc. appeals the tax court's[1] decision upholding the Commissioner's determination that it owed $161,200 in excise tax and $76,570 in additions to tax for the 2002 tax year. After careful review, *see Ark. State Police Ass'n v. Comm'r,* 282 F.3d 556, 558 (8th Cir. 2002) (standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.